# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

_____

WILLIS & WILLIS PLC, *et al.*,                )

        **Plaintiffs,**                )

        **v.**                )

SYLVIA M. BURWELL, *et al.*,                )

        **Defendants.**                )

_____ )

**Case No. 1:13-cv-01124-CKK**

### JOINT MOTION FOR ENTRY OF INJUNCTION AND JUDGMENT

On July 24, 2013, Plaintiffs filed a lawsuit challenging regulations enacted under the "Patient Protection and Affordable Care Act" (Pub. L. 111-148, March 23, 2010, 124 Stat. 119) and the "Health Care and Education Reconciliation Act" (Pub. L. 111-152, March 30, 2010, 124 Stat. 1029) on the grounds that the regulations violated Plaintiffs' sincerely held religious beliefs. Plaintiffs specifically objected to regulations that require them to provide "certain drugs and devices such as the 'morning-after pill,' 'Plan B,' and 'ella'" (ECF No. 1, at ¶ 7).[1]

In light of the Supreme Court's decision in *Burwell v. Hobby Lobby Stores, Inc.*, 134 S. Ct. 2751 (2014), the parties jointly agree that judgment should be entered in favor of plaintiffs on their Religious Freedom Restoration Act claim, that a permanent injunction should be entered, and that all other claims against defendants should be dismissed. Accordingly, the parties respectfully request that the Court enter the attached Injunction and Judgment, which has been agreed to by all parties. The parties further request that this joint motion be deemed to satisfy the parties' obligation to file a joint status report on October 24, 2014 (*see* ECF No. 30).

Respectfully submitted this 24th day of October, 2014,

---

[1] Plaintiffs alleged that while these drugs and devices were deemed to be "Food and Drug Administration-approved contraceptive methods," they had "known abortifacient mechanisms of action" (ECF No. 1, at ¶ 7). Defendants disagree with Plaintiffs' characterization of these drugs as abortifacients.

*Attorney for Plaintiffs*

_s/ Erin Elizabeth Mersino_
Erin Elizabeth Mersino
THOMAS MORE LAW CENTER
P.O. Box 393
24 Frank Lloyd Wright Drive
Ann Arbor, MI 48106
(734) 827-2001
Fax: (734) 930-7160
Email: emersino@thomasmore.org


*Attorneys for Defendants*

JOYCE R. BRANDA
Acting Assistant Attorney General

RONALD C. MACHEN JR.
United States Attorney

JENNIFER RICKETTS
Director, Federal Programs Branch

SHEILA M. LIEBER
Deputy Director

_s/ Michelle R. Bennett_
MICHELLE R. BENNETT (CO Bar No. 37050)
Trial Attorney
United States Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Avenue N.W.  Room 7310
Washington, D.C.  20530
Tel: (202) 305-8902
Fax: (202) 616-8470
Email: michelle.bennett@usdoj.gov